**MUELLER SPORTS MEDICINE, INC., Plaintiff–Appellee,**

v.

**Stephen W. COMISKEY, Defendant– Appellant.**

**No. 01–1141.**

United States Court of Appeals, Federal Circuit.

May 1, 2001.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS- MISSED under Fed. R.App. P. 42(b).